# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2299

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | *    Appeal from the United States |
| v. | *    District Court for the |
| | *    District of Minnesota. |
| John Edward Clark, | * |
| | *       [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: November 18, 1998
Filed: December 15, 1998

_____

Before BEAM, MAGILL, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

John Edward Clark appeals the district court's[1] denial of his motion to withdraw his guilty plea and the sentence imposed by the district court. Clark pled guilty to one count of possession of crack cocaine and was sentenced to 231 months in prison. After careful consideration of the record and the parties' briefs, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.